UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C12-0858-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees (Dkt. No. 27). Pursuant to 42 U.S.C. § 406(b)(1):

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits.

42 U.S.C. § 406(b)(1). Robinson agreed to pay his attorney 25% of his past-due benefits if his Social Security appeal was successful. (Dkt. No. 27-4 at 1.) Robinson's appeal was successful, and he received $73,511.47 in past-due benefits. (Dkt. No. 27-1 at 1.) In accordance with the fee agreement, Robinson asks this Court to authorize a fee of $18,377.00 be paid to his attorney. (Dkt. No. 27 at 1.) The Court finds that the total fee is reasonable given the amount of time Counsel spent litigating this case. (*See* Dkt. Nos. 27-5, 27-6.) The Commissioner does not

oppose the request or the amount of fees. (*See* Dkt. No. 28 at 1.)

Plaintiff's motion for attorney fees (Dkt. No. 27) is GRANTED. The Court authorizes counsel to charge attorney fees in the amount of $18,377.00 in accordance with 42 U.S.C. § 406(b). Counsel is DIRECTED to refund Robinson $5,468.10, the amount in attorney fees paid to Counsel under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Dkt. No. 26 at 1.)

DATED this 20th day of September 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE